No. 731. UNITED STATES *v.* BLACKMER. April 28, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Atlee Pomerene* and *Owen J. Roberts* for the United States. *Messrs. George Gordon Battle, Frederick DeC. Faust,* and *Charles F. Wilson* for respondent.

No. 733. McGEHEE *v.* HALL, TRUSTEE. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George P. Garrett* for petitioner. No appearance for respondent.

No. 735. JEBBIA ET AL. *v.* UNITED STATES. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Benjamin L. Rosenbloom* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 736. LOHM, RECEIVER, *v.* BRAGG, MILLSAPS & BLACKWELL, INC. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George S. Jones* for petitioner. *Mr. Walter A. Harris* for respondent.

No. 737. THE WAALHAVEN ET AL. *v.* POTASH IMPORTING CORP. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John W. Crandall* and *George Whitefield Betts, Jr.,* for petitioners. *Mr. Carroll Single* for respondent.